IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA L. BAER, as Administratrix of the Estate of Ralph Martin,<br>    Plaintiff,<br><br>vs.<br><br>UNION SECURITY LIFE INSURANCE COMPANY,<br>    Defendant. | Civil Action No. 07-473 |

O R D E R

AND NOW, this 16th day of October, 2008, after the plaintiff, Sandra L. Baer, as administratrix of the estate of Ralph Martin ("plaintiff"), filed an action in the above-captioned case, and after a motion for summary judgment was submitted by the defendant, Union Security Life Insurance Company ("defendant"), and after a Report and Recommendation was filed by the United States magistrate judge granting the parties thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff which essentially only reassert arguments raised and addressed in the Report and Recommendation concerning count I (breach of contract) and the response to those objections filed by the defendant, and upon independent review of the motion and the record, and upon consideration of the magistrate judge's Report and Recommendation (Docket No. 19), which is adopted as the opinion of this court,

IT IS ORDERED that defendant's motion for summary judgment (Docket No. 11) is granted.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge